**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DR. RICHARD ANTHONY KAMINSKY, D.O., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CAUSE NO. 07-464-WDS |
| STATE OF ILLINOIS, DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: July 2, 2007.**

**s/ WILLIAM D. STIEHL**
**DISTRICT JUDGE**

Case reassigned to United States District Judge Michael J. Reagan.  All future pleadings shall bear Cause No. 07-464-MJR.